# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**298**

**CA 11-02179**

PRESENT: CENTRA, J.P., CARNI, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

ELLEN J. GALLAGHER, PLAINTIFF-RESPONDENT,

V                                                                      ORDER

EDWARD R. GALLAGHER, DEFENDANT-APPELLANT.
(APPEAL NO. 3.)

---

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (JOHN A. CIRANDO OF COUNSEL), FOR DEFENDANT-APPELLANT.

GETNICK, LIVINGSTON, ATKINSON & PRIORE, LLP, UTICA (THOMAS L. ATKINSON OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Oneida County (David A. Murad, J.), dated April 28, 2011 in a divorce action. The order, among other things, required defendant to maintain plaintiff as co-insured on all property and liability insurance until he has removed her name from all instruments of liability.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567; *see also* CPLR 5501 [a] [1]).

Entered:  March 23, 2012                          Frances E. Cafarell
                                                  Clerk of the Court